UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

**AUGUSTO MARTINS, ET AL**

V.                                                            **CIVIL ACTION NO. 11-10735-DJC**

**AURORA LOAN SERVICES, LLC., ET AL**

**ORDER OF DISMISSAL**

CASPER, D.J.

In accordance with the Order dated June 8, 2011, the Court Orders that Plaintiffs' Motion to Dismiss Without Prejudice is Allowed and the above-entitled action be and hereby is DISMISSED.

June 8, 2011                                   /s/ Lisa M. Hourihan
                                                          Deputy Clerk